**Order entered July 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01311-CR

**JOSEPH DAVID SCARBOROUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80169-2018**

## ORDER

We **REINSTATE** this appeal.

On July 26, 2019, the trial court filed findings of fact. We **ADOPT** the trial court's findings that (1) appellant wishes to prosecute this appeal; (2) appellant, who is indigent, is represented by appointed counsel Stephanie Hudson; and (3) counsel has not abandoned the appeal and will have a brief filed by August 7, 2019.

We **ORDER** appellant's brief filed on or before **August 7, 2019**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Jennifer Edgeworth, Presiding Judge, 219th Judicial District Court; Stephanie Hudson; and to the Collin County District Attorney.

/s/     BILL PEDERSEN, III
        JUSTICE